■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON GUZMAN, Also Known as BABY, Appellant. [767 NYS2d 917]—Appeal by the defendant from a judgment of the County

Court, Suffolk County (Weber, J.), rendered November 4, 1999, convicting him of murder in the second degree and assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245 [1989]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]).

The defendant's remaining contentions are without merit. McGinity, J.P., Luciano, Schmidt and Rivera, JJ., concur.